IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FULTON FINANCIAL ADVISORS, | : | CIVIL ACTION |
| NATIONAL ASSOCIATION, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 09-4855 |
| | : | |
| NATCITY INVESTMENTS, INC., | : | |
| Defendant | : | |

# O R D E R

**AND NOW**, this 28th day of September, 2016, upon consideration of Defendant NatCity Investments, Inc.'s Motion to Strike Expert Report (Doc. No. 52) and all responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to last three paragraphs of the Rebuttal Expert Report of Mark O. Connor.

2. The Motion is also **DENIED** in all other respects.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.