IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FULTON BANK, NATIONAL ASSOCIATION, SUCCESSOR TO FULTON FINANCIAL ADVISORS, NATIONAL ASSOCIATION, | : : : : | |
| Plaintiff | : : | |
| v. | : : | Civil No. 09-CV-4855-LS |
| NATCITY INVESTMENTS, INC., | : : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

WHEREAS, plaintiff Fulton Financial Advisors, National Association, Successor to Fulton Financial Advisors, National Association and defendant NatCity Investments, Inc. have reached an agreement; and

WHEREAS, no party to this action is an infant or incompetent;

IT IS HEREBY STIPULATED by the attorneys of record that this action is dismissed, on the merits, with prejudice and without costs or attorneys' fees to any party.

Dated:  December 20, 2017

| **HODGSON RUSS LLP** | **REED SMITH LLP** |
|---|---|
| *Attorneys for Fulton Bank, National Association, Successor to Fulton Financial Advisors, National Assn.* | *Attorneys for NatCity Investments, Inc.* |
| By   s/ Catherine Grantier Cooley | By   s/ Thomas L. Allen |
|         Robert J. Lane, Jr. |         Thomas L. Allen |
|         Catherine Grantier Cooley | Reed Smith Centre |
| The Guaranty Building | 225 Fifth Avenue |
| 140 Pearl Street, Suite 100 | Pittsburgh, Pennsylvania  15222 |
| Buffalo, New York  14202 | Telephone:  (412) 288-3131 |
| Telephone:  (716) 856-4000 | tallen@reedsmith.com |
| rlane@hodgsonruss.com | |
| ccooley@hodgsonruss.com | |